IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ABI ASSAYE, | ) | CIVIL 17-00495-DKW-KSC |
|---|---|---|
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| UNITED AIRLINES, INC., | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 30, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Objection to Removal," ECF no. 15, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 17, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge